


# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sean Gottlieb**, Pro Se, <br> 555 E. Hazelwood Ave., <br> Apt. 244 Rahway, NJ 07065 <br> seangottlieb@yahoo.com <br>       Plaintiff, <br><br> v. <br><br> **National Student Loan Data Service**, et al, <br> 400 Maryland Avenue, SW <br> Washington, D.C. 20202 <br>       Defendant <br><br> **THE US DEPARTMENT OF EDUCATION** <br> 400 Maryland Avenue, SW <br> Washington, D.C. 20202 <br>       Defendant | Civil Action No. 24 -cv- 3644 (TSC) <br><br> ADMINISTRATIVE PROCEDURE ACT <br><br> 5 U.S.C. § 702 |

## PLAINTIFF'S MOTION TO REFER MATTER FOR SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE AND TO HOLD SUMMARY JUDGMENT PROCEEDINGS IN ABEYANCE

NOW COMES Plaintiff **Sean Gottlieb**, appearing *pro se*, and respectfully moves this Honorable Court to refer the instant matter for a **settlement conference before a Magistrate Judge**, to be conducted **remotely via videoconference**, pursuant to **Local Civil Rule 16.4** and **Fed. R. Civ. P. 16(c)(2)(I)**. In support thereof, Plaintiff states as follows:

**GROUNDS FOR THE MOTION**

1. Plaintiff is currently litigating claims under the **Administrative Procedure Act (APA)**, 5 U.S.C. §§ 701–706, against the U.S. Department of Education and its agents for alleged miscalculation of student loan balances, wrongful denial of aid eligibility, and procedural violations under federal regulations.

2. In an effort to resolve this matter without burdening the Court with prolonged litigation, Plaintiff has made **two separate, written good-faith settlement offers** to Defendants' counsel of record. **Neither offer was acknowledged nor responded to**, leaving Plaintiff uncertain whether the U.S. Department of Education has been notified of the offers, as is ethically required under **Model Rule of Professional Conduct 1.4**.

3. This motion constitutes **Plaintiff's third attempt** to engage the Department in resolution, and it is made in good faith and in the interest of **judicial economy, fairness, and the speedy disposition of this matter**, as encouraged by **Fed. R. Civ. P. 1**.

4. Plaintiff resides out of state and respectfully requests that any settlement conference be conducted **remotely** (e.g., via Zoom or another virtual platform), in keeping with standard practice in this Court since the COVID-19 pandemic, and pursuant to the Court's authority under **Fed. R. Civ. P. 43(a)** and **LCvR 83.10**, which permit remote proceedings for good cause.

5. Pursuant to **LCvR 16.4**, this Court is expressly authorized to refer any civil matter to a **Magistrate Judge** for the purpose of facilitating settlement discussions "at any time."

---

**REQUEST TO HOLD SUMMARY JUDGMENT PROCEEDINGS IN ABEYANCE**

6. Should the Court be inclined to grant this motion, Plaintiff respectfully requests that the Court **hold in abeyance** any pending or forthcoming rulings on the Defendant's anticipated dispositive motions, including summary judgment, <u>**until after the conclusion of the proposed settlement conference.**</u>

7. This request is grounded in the principles of **judicial efficiency and fairness**, especially where Plaintiff has demonstrated <u>**repeated, unreciprocated efforts to resolve this matter amicably and in a manner that conserves the Court's resources**</u>.

---

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Refer this matter to a Magistrate Judge** for the purpose of conducting a **virtual settlement conference**, pursuant to LCvR 16.4 and Fed. R. Civ. P. 16(c)(2)(I);
2. Order that the conference be conducted **remotely**, in light of Plaintiff's geographic distance from the Court;
3. **Hold in abeyance** any pending rulings on dispositive motions, including summary judgment, until such conference has concluded; and
4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Sean Gottlieb*

Sean Gottlieb, *Pro Se*
555 E. Hazelwood Ave., Apt. 244
Rahway, NJ 07065
seangottlieb@yahoo.com
(929) 256-5101

Date: July 29, 2025